# Court of Appeals
# of the State of Georgia

ATLANTA, July 18, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0450. ARTELAR JACKSON v. AVHS GA I LLC.

The magistrate court entered a dispossessory judgment and writ of possession in favor of AVHS GA I LLC. Defendant Artelar Jackson filed this application for discretionary review of the magistrate court's ruling. We lack jurisdiction.

Ordinarily, the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b), which allows for appellate review in the state or superior court. See *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023). See also OCGA § 5-3-4 (a) (providing that state and superior courts have appellate jurisdiction over final judgments of lower judicatories). This Court has jurisdiction to address a magistrate court order only if the order has been reviewed by a state or superior court. See, e.g., *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990); *Baker v. G. T., Ltd.*, 194 Ga. App. 450, 451 (3) (391 SE2d 1) (1990). Because there has been no review by a state or superior court of the magistrate court order, we lack jurisdiction to consider this application. See *Westwind Corp.*, 195 Ga. App. at 411 (1).

Where, as here, "we lack jurisdiction over a civil case, we are bound to transfer the case to the appropriate court that has jurisdiction." *Arnold v. Alexander*, 321 Ga. 330, 337 (2) (914 SE2d 311) (2025). See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII ("Any court shall transfer to the appropriate court in the state any civil case in which

it determines that jurisdiction or venue lies elsewhere."); Court of Appeals Rule 11 (b) ("When an appeal or application filed in this Court is within the jurisdiction of another court, it shall be transferred by order to that court.").

Accordingly, we hereby TRANSFER the application in this case to the Magistrate Court of Newton County with direction to transfer the case to the superior court.[1]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___07/18/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] We recognize that we have a limited record and that our determination regarding the proper jurisdiction and venue for this case is restricted by that record. Of course, the Superior Court of Newton County is under the same obligations as this Court if it determines that it lacks jurisdiction or that venue lies elsewhere.